**FILED**
December 17, 2008
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. MAG. 08-0426 KJM |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE OF |
| ) | PERSON IN CUSTODY |
| HARDEEP SINGH, ) | |
| ) | |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release HARDEEP SINGH, Case No. MAG. 08-0426 KJM, Charge Title 21 USC § 841(a)(1), from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

  ___   Release on Personal Recognizance

  _X_   Bail Posted in the Sum of $ _100,000_

    _X_   Unsecured Appearance Bond _$50,000 unsecured co-signed/_
    _$50,000 secured by posting of cash with_
    ___   Appearance Bond with 10% Deposit _the Court._

    ___   Appearance Bond with Surety

    ___   Corporate Surety Bail Bond

  _X_   (Other) _Pretrial Services Supervision_
    _of Conditions of release_

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on December 17, 2008 at __2:58__ pm.

By _/s/ Dale A. Drozd_
Dale A. Drozd
United States Magistrate Judge